Exhibit  B

1. *County of Nassau v. Purdue Pharma, L.P., et al.*, Index No. 400008/2017,  filed 10/10/2017,  New York Supreme Court, Suffolk County

2. *County of Niagara v. Purdue Pharma, L.P., et al.*, Index No. E162958/2017,  filed 10/10/2017,  New York Supreme Court, Niagara County

3. *The County of Chautauqua v. Purdue Pharma L.P., et al.,* Index No. K1-2018-57, filed 01/12/2018,  New York Supreme Court, Chautauqua County

4. *County of Clinton v. Purdue Pharma L.P., et al.*, Index No. 2018-52, filed 01/12/2018, New York Supreme Court, Clinton County

5. *County of Genesee v. Purdue Pharma L.P., et al.*, Index No. 66388/2018,  filed 02/21/2018,  New York Supreme Court, Genesee County

6. *County of Hamilton v. Purdue Pharma L.P., et al.*, Index No. 2018-7399,  filed 02/26/2018,  New York Supreme Court, Hamilton County

7. *County of Livingston v. Purdue Pharma L.P., et al.*, Index No. 00240-2018,  filed 03/15/2018,  New York Supreme Court, Livingston County

8. *County of Madison v. Purdue Pharma L.P., et al.*, Index No. 2018-1046,  filed 01/12/2018,  New York Supreme Court, Madison County

9. *County of Saratoga v. Purdue Pharma L.P., et al.*, Index No. 2018-135,  filed 01/17/2018, New York Supreme Court, Saratoga County

10. *County of Steuben v. Purdue Pharma L.P., et al.*, Index No. E2018-0209CV,  filed 02/21/2018,  New York Supreme Court, Steuben County

11. *County of Schenectady v. Purdue Pharma L.P., et al.*, Index No. 2017-1209,  filed 07/31/2017,  New York Supreme Court, Schenectady County

12. *County of Nassau v. Purdue Pharma L.P., et al.*, Index No. 605477/2017,  filed 07/31/2017,  Supreme Court of New York, Nassau County

13. *County of Sullivan v. Purdue Pharma L.P., et al.*, Index No. 2017/961,  filed 07/31/2017, Supreme Court of New York, Sullivan County

14. *County of Seneca v. Purdue Pharma L.P., et al.*, Index No. 51181/2017,  filed 07/31/2017, New York Supreme Court, Seneca County

15. *County of Dutchess v. Purdue Pharma L.P., et al.*, Index No. 2017-51340,  filed 07/31/2017,  New York Supreme Court, Dutchess County

16. *County of Orange v. Purdue Pharma L.P., et al.*, Index No. EF003572-2017, filed 07/31/2017, New York Supreme Court, Orange County

17. *County of Erie v. Purdue Pharma L.P., et al.*, Index No. 801671/2017, filed 07/31/2017, New York Supreme Court, Erie County

18. *County of Broome v. Purdue Pharma L.P., et al.*, Index No. EFCA2017000252, filed 07/31/2017, New York Supreme Court, Broome County

19. *County of Suffolk v. Purdue Pharma L.P., et al.*, Index No. 613760/2016, filed 08/31/2016, New York Supreme Court, Suffolk County

20. *Town of Amherst v. Purdue Pharma L.P., et al.*, Index No. 803887/2018, filed 03/13/2018, New York Supreme Court, Erie County

21. *Town of Cheektowaga v. Purdue Pharma L.P., et al.*, Index No. 806151/2018, filed 04-18-2018, New York Supreme Court, Erie County

22. *County of Warren v. Purdue Pharma L.P., et al.*, Index No. 2018/64959, filed 02/07/2018, New York Supreme Court, Warren County

23. *County of Putnam v. Purdue Pharma L.P., et al.*, Index No. 500511/2018, filed 05/29/2018, New York Supreme Court, Putnam County

24. *County of Schuyler v. Purdue Pharma L.P., et al.*, Index No. 18-91, filed 05/11/2018, New York Supreme Court, Schuyler County

25. *County of Franklin v. Purdue Pharma L.P., et al.*, Index No. 2018/317, filed 04/24/2018, New York Supreme Court, Franklin County

26. *Town of Lancaster v. Purdue Pharma L.P., et al.*, Index No. 809160/2018, filed 06/13/2018, New York Supreme Court, Erie County

27. *County of Cayuga v. Purdue Pharma L.P., et al.*, Index No. 2018-603, filed 06/08/2018, New York Supreme Court, Cayuga County

28. *County of Otsego v. Purdue Pharma L.P., et al.,* Index No. TBD, filed 08/01/2018, New York Supreme Court, Otsego County

29. *County of Cattaraugus v. Purdue Pharma L.P. et al.*, Index No. 87139/2018, filed 08/09/2018, New York Supreme Court, Cattaruagus County

30. ***County of Albany, NY v. Cardinal Health, Inc. et al.*, Civil Action No. 1:19-cv-00273, filed 2/27/2019, U.S.D.C. for the Northern District of New York, transferred on 3/25/2019 to U.S.D.C. for the Northern District of Ohio as Case No.1:19-op-45159**

31. *The People of the State of New York, by Letitia James, Attorney General of the State of New York v. Purdue Pharma L.P.*, Index No. 400016/2018 pending in the Supreme Court of the State of New York, Suffolk County

1448316_1