UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROCHESTER DRUG CO-OPERATIVE, INC.,

    Plaintiff,

v.

HISCOX INSURANCE COMPANY, INC.,

    Defendant.

Case No.: 6:20-cv-6025 (EAW)

**ORAL ARGUMENT REQUESTED**

---

## NOTICE OF DEFENDANT HISCOX INSURANCE COMPANY, INC.'S MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that, as set forth in the accompanying Memorandum of Law, Defendant Hiscox Insurance Company, Inc. ("Defendant" or "Hiscox"), by and through its counsel Wilson Elser Moskowitz Edelman & Dicker LLP, will move this Court, before the Honorable Elizabeth A. Wolford, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Plaintiff's Complaint with prejudice, and for such other and further relief as the Court may deem just and proper. Pursuant to Rule 7(b)(1) of the Local Rules of Civil Procedure and Judge Wolford's Individual Rules of Practice, such motion shall be heard on a date and time scheduled by the Court at the courthouse at 100 State Street, Rochester, NY, 14614.

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to Rule 7(a)(1) of the Local Rules of Civil Procedure, movant Hiscox intends to file and serve reply papers.

**PLEASE THAT FURTHER NOTICE**, in the absence of a scheduling order, pursuant to Rule 7(b)(2)(B) of the Local Rules of Civil Procedure, responding papers are required to be filed and served within fourteen (14) days after service of this motion, and reply papers are to be filed and served within seven (7) days after service of responding papers.

Dated: February 6, 2020
       New York, New York

Respectfully submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

By: _____
David S. Sheiffer, Esq.
*Attorneys for Defendant*
HISCOX INSURANCE COMPANY, INC.
150 East 42nd Street
New York, NY 10017
Telephone: (212) 915-3000
Fax: (212) 490-3038
E-mail: david.sheiffer@wilsonelser.com

To: Patrick Tomovic, Esq.
Lauren R. Mendolera, Esq.
HARTER SECREST & EMERY LLP
*Attorneys for Plaintiff*
50 Fountain Plaza, Suite 1000
Buffalo, NY 14202
Telephone: (716) 853-1616
ptomovic@hselaw.com
lmendolera@hselaw.com

10509110v.2