

December 24, 2020

The Honorable Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      Re:    Rochester Drug Co-Operative, Inc. v. Hiscox Insurance Company, Inc.
             6:20-cv-6025 (EAW)

Dear Judge Wolford:

      The purpose of this correspondence is to request a two-day extension to file Plaintiff Rochester Drug Co-Operative's ("Rochester Drug Co-Op") brief in further support of its motion for leave to amend its complaint, which is currently due December 28, 2020. Counsel for Rochester Drug Co-Op requests this extension in light of the upcoming Christmas holiday and availability of its clients. Opposing counsel has consented to Rochester Drug Co-Op's filing of its papers on December 30, 2020.

      Very truly yours,

      Harter Secrest & Emery LLP

      /s/ Lauren R. Mendolera

      Lauren R. Mendolera
      DIRECT DIAL: 716.844.3758
      EMAIL: LMENDOLERA@HSELAW.COM

SO ORDERED
ELIZABETH A. WOLFORD
United States District Judge
Dated 12/28/2020

50 FOUNTAIN PLAZA, SUITE 1000   BUFFALO, NY 14202-2293   PHONE: 716.853.1616   FAX: 716.853.1617

ROCHESTER, NY  •  BUFFALO, NY  •  ALBANY, NY  •  CORNING, NY  •  NEW YORK, NY